**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **ALLIANT TAX CREDIT FUND 31-A, LTD.,** a Florida limited partnership et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>**M. VINCENT MURPHY, III et al.**<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Civil Action File No.:**<br>) **1:11-CV-0832-RWS**<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DEFENDANT
GAZEBO PARK APARTMENTS OF ACWORTH, LLC**

The Plaintiffs in this matter (collectively, "Alliant") move this Court to compel Defendant Gazebo Park Apartments of Acworth, LLC ("Gazebo") to respond fully and completely to interrogatories and to produce documents related to significant issues in this civil action. In addition, Alliant should be awarded its reasonable attorneys' fees and expenses incurred in connection with this Motion because it was necessitated only by Gazebo's failure to comply with ITS obligation to disgorge relevant information and documents and to cooperate with Alliant's good faith efforts to resolve this discovery dispute.

In support if its Motion to Compel, Alliant relies upon (i) the record and pleadings in this case, and (ii) the Brief in Support of Plaintiffs' Motion to Compel Discovery from Defendant Gazebo Park Apartments, LLC, (iii) the Certificate of Good Faith Efforts to Resolve Dispute Regarding Plaintiff's Discovery Responses and Failure to Produce Responsive Documents attached to Alliant's brief, and (iv) all exhibits attached to Alliant's brief, all of which is filed contemporaneously herewith.

WHEREFORE, Alliant respectfully requests that the Court enter an order (i) compelling Gazebo to fully and completely respond to the interrogatories and requests for production of documents addressed in Alliant's brief, including, without limitation, executing all interrogatory responses under oath as required by Rule 33 of the Federal Rules of Civil Procedure, and (ii) awarding to Alliant its reasonable attorneys' fees and expenses incurred in connection with this Motion as established by affidavit to be filed by Alliant not later than 10 days after the Court rules on the Motion.

Respectfully submitted this 7th day of February, 2012.

        **PARKER, HUDSON, RAINER & DOBBS LLP**

By:   */s/ V. Justin Arpey*
      David B. Darden
      Georgia Bar No. 250341
      V. Justin Arpey
      Georgia Bar No. 023753

      1500 Marquis Two Tower
      285 Peachtree Center Avenue, N.E.
      Atlanta, Georgia  30303
      (404) 523-5300 (telephone)
      (404) 522-8409 (facsimile)
      ddarden@phrd.com
      jarpey@phrd.com

      *Attorneys for Plaintiffs, Alliant Tax Credit Fund 31-A, Ltd., Alliant Tax Credit 31, Inc., Alliant Tax Credit Fund XXVII, Ltd., Alliant Tax Credit Fund XXVII, Inc., Alliant Tax Credit Fund XI, Inc., and Alliant Tax Credit XI, Ltd.*

## **CERTIFICATE OF GOOD FAITH EFFORTS**

Pursuant to Federal Rules of Civil Procedure 37(a)(1), Local Rule 37.1, and Rule 11 of the Guidelines for Discovery and Motion Practice Upon Referral to the Magistrate Judge, the undersigned counsel hereby certifies that counsel for the Alliant sent to counsel for Gazebo the correspondence attached as <u>Exhibit C</u> to the brief being filed contemporaneously herewith in a good faith effort to confer regarding the discovery matters at issue in this motion. Counsel for Alliant also made a good faith attempt to confer with counsel for Gazebo in person regarding these discovery matters but counsel for Gazebo refused, as illustrated by the e-mail exchange attached as <u>Exhibit F</u> to the brief being filed contemporaneously herewith. Although the parties minimally narrowed their discovery-related issues, they did not resolve the issues raised in the this motion to compel. Accordingly, Alliant files this motion to compel.

*/s/ V. Justin Arpey*
V. Justin Arpey

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DEFENDANT GAZEBO PARK APARTMENTS OF ACWORTH, LLC** with the Clerk of Court using the CM/ECF system which automatically sent e-mail notification of such filing to the all attorneys of record, each of whom is a registered participant in the Court's electronic notice and filing system:

| | |
|---|---|
| Michael A. Dunn | Stanley Kreimer |
| Sedki & Dunn, LLC | Johnson & Ward |
| 3399 Peachtree Road | 2100 The Equitable Building |
| Lenox Building | 100 Peachtree St., N.W. |
| Suite 2100 | Atlanta, GA  30303 |
| Atlanta, GA  30326 | stan@johnsonward.com |
| mdunn@sedkidunn.com | |

Shawn M. Winterich
The Winterich Law Firm, LLC
P.O. Box 29713
Atlanta, GA  30359-0713
swinterich@winterichlaw.com

This 7th day of February, 2012.

                                     */s/ V. Justin Arpey*
                                     V. Justin Arpey

2271969_1