IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALLIANT TAX CREDIT FUND 31-A, LTD., et al.,       Plaintiffs,  v.  M. VINCENT MURPHY, III, et al.,       Defendants. | ::::::::::::: CIVIL ACTION NO. 1:11-CV-0832-RWS |

**ORDER**

This case is before the Court on Defendants' Motion for Reconsideration [250]. Defendants move the Court to reconsider its Order dated August 7, 2013 [243], which denied Defendants' motion for summary judgment [231] as "moot." According to Defendants, they filed the present motion in "an abundance of caution" to clarify that the Court's denial of their motion for summary judgment was a denial *without* prejudice. (Def.s' Brief, [250-1] at 2 of 4.)

In addition to denying Defendants' motion for summary judgment, the Court's August 7, 2013 Order granted Plaintiffs' motion to amend the complaint (to add new claims) and re-opened discovery in this matter. In light

of those developments, the Court denied Defendants' summary judgment motion as moot. To clarify, the Court's denial was *without* prejudice and Defendants are entitled to resubmit their motion for summary judgment at the close of discovery. Defendants' Motion for Reconsideration [250] is **GRANTED** to the extent it seeks clarification of the Court's prior Order.

    **SO ORDERED**, this  31st  day of March, 2014.

                                        **RICHARD W. STORY**
                                        United States District Judge

AO 72A
(Rev.8/82)