| | AO44 |
|---|---|
| | (Rev. 11/07) |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GA.

INVOICE NO: 20150086

**MAKE CHECKS PAYABLE TO:**

Shawn M. Winterich  
The Winterich Law Firm  
P.O. Box 71203  
Marietta, GA 30007  

Phone:

Amanda Lohnaas, RMR, CRR  
United States Court Reporter  
2121 United States Courthouse  
75 Ted Turner Drive, S.W.  
Atlanta, GA 30303-3309  

Phone: (404) 215-1546  

Tax ID: 27-1564357  
amanda_lohnaas@gand.uscourts.gov

| | CRIMINAL | X | CIVIL | DATE ORDERED: 10-27-2015 | DATE DELIVERED: 11-02-2015 |

**Case Style:** 1:11-CV-832, Alliant, et al. v Murphy, et al.  
Trial Transcript before the Hon. Richard W. Story, Aug. 18. 2015 through Aug. 26, 2015

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 1665 | 0.90 | 1,498.50 | | | | 1,498.50 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 1,498.50 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| **Check No: 5171**   Date Paid: 11-03-2015   Amt: $1,498.50 | TOTAL DUE: | $0.00 |

ADDITIONAL INFORMATION  
    Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION  
    I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: *s:/ Amanda Lohnaas* | DATE 11-09-2015 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*