UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALLIANT TAX CREDIT FUND 31-A, LTD., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>M. VINCENT MURPHY, III, et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>1:11-CV-832-RWS |

## ORDER

The mandate of the United States Court of Appeals having been read and considered, it is ORDERED and ADJUDGED that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court. The Clerk is DIRECTED to enter judgment in accordance with the opinion [Doc. No. 637, p. 32] and close this case.

SO ORDERED this 18th day of June, 2019.

_____
RICHARD W. STORY
United States District Judge